**No. 28021**

**The People of the State of Colorado v. Reginald Author Girard**

(582 P.2d 666)

Decided July 3, 1978.  Rehearing denied August 28, 1978.

J. D. MacFarlane, Attorney General, David W. Robbins, Deputy, Edward G. Donovan, Solicitor General, Lynne Ford, Assistant, for plaintiff-appellee.

John A. Purvis, Acting State Public Defender, Lee Belstock, Deputy, for defendant-appellant.

*En Banc.*

MR. JUSTICE CARRIGAN delivered the opinion of the Court.

This appeal arises from the same trial involved in *People v. Warren,* 196 Colo. 75, 582 P.2d 663 and *People v. Albers,* 196 Colo. 66, 582 P.2d 667 announced contemporaneously with this opinion. A complete statement of the facts of the case is contained in *People v. Warren.*

█ The appellant was convicted of second-degree burglary,[1] conspiracy to commit second-degree burglary[2] felony theft,[3] aggravated robbery,[4] and conspiracy to commit aggravated robbery.[5] We hold that the trial court abused its discretion in denying the appellant's motion for a trial separate from that of his two co-defendants, and therefore we reverse and remand for a new trial.

Our reasoning in *People v. Warren, supra,* is also dispositive here. Accordingly, the judgment of the trial court is reversed, and the cause is remanded for a new trial.

MR. JUSTICE KELLEY dissents.

MR. JUSTICE HODGES does not participate.

---

[1] Section 18-4-203, C.R.S. 1973.
[2] Section 18-2-201, C.R.S. 1973.
[3] Section 18-4-401, C.R.S. 1973.
[4] Section 16-11-309, C.R.S. 1973 (1977 Supp.).
[5] Section 18-2-201, C.R.S. 1973.